## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. 08 MJ 0254 |
| Plaintiff, ) | Case No. _____ |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8 USC, Section 1326 - Deported |
| Alberto Jacobo LARA ) | Alien Found in the United States |
| ) | (Felony) |
| Defendant, ) | |

The undersigned complainant, being duly sworn, states:

On or about January 23, 2008, within the Southern District of California, Defendant Alberto Jacobo LARA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jeffrey Pryor
ICE Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS THE 25th DAY OF JANUARY, 2008.

Hon. Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On January 23, 2008, California Highway Patrol was conducting vehicle inspections in the southbound lanes of Interstate 5 at the San Onofre Inspection Facility. At approximately 4:00 PM, Patrol Officer Rick Sablan was informed of a 1998 Peterbuilt, three-axle conventional truck tractor that was suspected of having vehicle violations. Officer Sablan identified the driver as Alberto Jacobo LARA, an adult male. During initial questioning LARA stated that he had picked up avocados and cantaloupe in Dominguez Hills, California and was en route to deliver the shipment to San Diego, California.

Officer Sablan conducted a warrant check and discovered LARA was a sex registrant. Officer Sablan arrested LARA for failure to register as a sex offender. LARA was subsequently transported to the San Diego County Sheriff's Department, Vista Detention Center.

Officer Sablan notified the United States Border Patrol San Clemente Checkpoint of LARA. A records check revealed that LARA was Mexican national who had been removed from the United States to Mexico on January 9, 2004, at the Calexico, California Port of Entry.

A review of LARA's Immigration database records further revealed LARA was removed pursuant to an order of the Executive Office for Immigration Review. After a thorough review of ICE records and automated databases, the complainant was unable to find any evidence that LARA has applied for, or has been granted, permission to return to the United States lawfully after deportation.

Based upon the information contained in this affidavit a Warrant of Arrest is respectfully requested for Defendant.