# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Alberto Jacobo LARA

**WARRANT FOR ARREST**

#1440438

CASE NUMBER: 08 MJ 0254

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   **ALBERTO JACOBO LARA**
                                          Name

and bring him forthwith to the nearest magistrate to answer an

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with

**Deported Alien Found in the United States**

in violation of: Title 8, United States Code, Section 1326

Hon. Jan M. Adler
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

January 25, 2008, San Diego, California
Date and Location

_____(By) Deputy Clerk

Bail Fixed at $ NONE SET                by
                                            Name of Judicial Officer

FILED 08 JAN 30 AM 8:43 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

RECEIVED 2008 JAN 28 A 10:44 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at San Diego County Sheriff Dept. Vista Detention Center | | |
| **DATE RECEIVED** 1/25/2008 **DATE OF ARREST** 1/25/2008 | **NAME AND TITLE OF ARRESTING OFFICER** Jose Gonzalez ICE Special Agent | **SIGNATURE OF ARRESTING OFFICER** |