FILED

08 FEB 20 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP                 DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0443    WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ALBERTO JACOBO LARA, | |
| Defendant. | |

The grand jury charges:

On or about January 23, 2008, within the Southern District of California, defendant ALBERTO JACOBO LARA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

WMC:fer:San Diego
2/20/08

It is further alleged that defendant ALBERTO JACOBO LARA was removed from the United States subsequent to June 26, 2000.

DATED: February 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

2