1  **SYLVIA BAIZ**
   California Bar Number 124367
2  The Granger Building
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1410
4  Facsimile: (619) 544-1473

5  Attorney for Defendant **Lara**

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                      (**HON. WILLIAM Q. HAYES**)

10

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Criminal No. **08-CR-0443-WQH** |
| Plaintiff, | ) Date: April 1, 2008 |
|  | ) Time: 2:00 p.m. |
| v. |  |
|  | ) **NOTICE OF MOTIONS AND** |
| **ALBERTO JACOBO LARA**, | ) **MOTIONS TO:** |
|  | ) **1) COMPEL DISCOVERY; AND** |
| Defendant. | ) **2) DISMISS INDICTMENT;** |
|  | ) **3) LEAVE TO FILE FURTHER** |
|  | )        **MOTIONS** |

16 TO:  KAREN HEWITT, UNITED STATES ATTORNEY, AND
17      CHRISTINA M. MCCALL, ASSISTANT UNITED STATES ATTORNEY

18      **PLEASE TAKE NOTICE** that on Tuesday, April 1, 2008, at 2:00 p.m., or as soon

19 thereafter as counsel may be heard, the defendant, Alberto Jacobo Lara, by and through his

20 counsel, Sylvia Baiz, will hereby move this Court for the above-entitled motions.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## MOTIONS

The defendant, Alberto Jacobo Lara, by and through his attorney, Sylvia Baiz, and pursuant to Rules 12, 16, 24(a) of the Federal Rules of Criminal Procedure and Rules 404, 403, 609 of Federal Rules of Evidence any and all applicable local rules, hereby moves this Court to grant the following motions:

1) compel discovery;

2) dismiss the indictment;

3) leave to file further motions

These motions are based upon the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other evidence brought before this Court before or during the hearing on this motion.

Respectfully submitted,

Dated: March 18, 2008

/s/ Sylvia Baiz
**SYLVIA BAIZ**
Attorney for Defendant **Lara**