UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>              Plaintiff,                           )<br>                                                              )<br>         v.                                               )<br>                                                              )<br>**ALBERTO JACOBO LARA,**            )<br>                                                              )<br>              Defendant.                        )<br>_____) | Criminal No. 08-CR-0443-WQH<br><br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, SYLVIA BAIZ, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

   I am not a party to the above-entitled action. I have caused service of the **NOTICE OF MOTIONS AND MOTIONS; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS** on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

   Judge William Q. Hayes efile_Hayes@casd.uscourts.gov.

   Assistant United States Attorney Christina McCall@usdoj.gov

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008.

                                                         /s/  Sylvia Baiz
                                                         SYLVIA BAIZ