UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08-CR-0443-WQH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **PROOF OF SERVICE** |
| **ALBERTO JACOBO LARA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SYLVIA BAIZ, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the **NOTICE OF MOTIONS AND MOTIONS-IN-LIMINE to 1) dismiss indictment, invalid deportation; 2) dismiss indictment for delayed arraignment; 3) suppress statements ; 4) preclude evidence under 404(b) and 609; 5) limit testimony of dhs custodian; 6) preclude introduction of a-file;  7) allow attorney voir dire;  8) preclude evidence of deportation hearing tape or transcript; 9) exclude inadmissible hearsay of  witnesses; 10) agents should not be allowed to testify about the truthfulness of defendant s statements at the time of the arrest; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT S MOTIONS** on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

**Hon. William Q. Hayes** efile_Hayes@casd.uscourts.gov.

Assistant United States Attorney christina.mccall@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008.

/s/   Sylvia Baiz
SYLVIA BAIZ