Exhibit A

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 6 OF 8

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/23/2008 | 1537 | 651 | 010955 | |

1   failed to register annually, failed to register upon release from custody, and that the he failed to
2   register during the changes of addresses observed on LARA's DMV record.
3

4   LARA's DMV record showed an issuing date of 2004 (unknown address), a change of address on
5   01.05.05 (11303 E HWY 26, Stockton), and another change of address on 01.02.07 (6239 E HWY
6   26, Stockton 95215).
7

8   Passenger ▓▓▓▓ was released to the custody of the US Border Patrol / San Clemente Station.
9   Agents F. Villenueva #S73 and Morgan #S76 responded to the S/B I-5 CHP San Onofre
10   Inspection Facility and took custody of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11

12   Prior to transporting LARA to VDF for booking, LARA requested that the following two individuals
13   and telephone numbers be given to ▓▓▓ to assist him.
14

15   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ A relative of LARA in Mexico to assist ▓▓▓
16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17

18   **OTHER FACTUAL INFORMATION**
19   On 01.24.08, I was contacted by Special Agent J. Pryor, US Immigration and Customs
20   Enforcement. Special Agent Pryor informed me that ▓▓▓▓ true identity is ▓▓▓▓▓
21   ▓▓▓▓▓, DOB 12.16.92, and that he was in the custody of Department of Homeland Security.
22   Special Agent Pryor informed me that due to additional information received from ▓▓▓▓▓ LARA
23   was being investigated for possible charges of human trafficking and child molestation.
24

25   On 01.24.08 at approximately 1135 hours, a Daniel Santos Sanchez, CDL B5324106, arrived at
26   the inspection facility to take custody of the tractor/trailer combination and load. Sanchez was
27   contacted by Officer Kee #16418.
28

29   **ANALYSIS AND OPINIONS**
30   Based on:
31

32   •   LARA's sex registrant record status
33   •   LARA's statements made during the preliminary interview
34   •   LARA's DMV record showing address changes in 2004, 2005 and 2007
35   •   Information received by Stockton Police Department confirming his sex registration status
36      last date of registration being in June 2002
37   •   Information received from SAFE Task Force Detective Bixby regarding a certified copy of
38      LARA's record received from Stockton PD
39

40   it is determined that LARA has knowledge of his lawful requirement to register annually, and the
41   that registration shall occur within 5 days of his date of birth, that LARA has knowledge of his

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE | |
|---|---|---|---|---|---|
| R. T. SABLAN / OFFICER | 010955 | 01/23/2008 | S-1 | | 47 |

Exhibit B

# San Diego Sheriff's Department
## Inmate Detail Report

## PERSONAL

**Last:** LARA
**First:** ALBERTO
**Middle:** J
**Sex:** M
**DOB:** 07/01/1966
**Age:** 41
**Birth Place:** MEXICALI, MM
**SSN:** ~~~~~~~~~~
**RI System #:** ~~~~~~~~~~
**Gang Flag:**
**Inmate Loc.:** --------
**DNA Status:** Completed



**JIM#:** 400089766
**BK#:** 8105594
**CLASS:**

**Arr. Agency:** CA Highway Patrol
**Arr. Location:** SAN ONOFRE
**Officer:** SABLAN
**Officer ID:** 10955
**Arr. Date:** 01/23/2008
**Custody Days:** 3
**Booking Date:** 01/23/2008
**Booking Time:** 20:44:39
**Jail:**
**Area/HU/Cell:** //
**Holds:**
**Arrest Type:** FIELD ARREST
**Date Released:** 01/25/2008 20:08:00
**Release Type:** ICE
**Early Release Date:**

**Citizenship:** MEXICO
**English Ability:** Fair
**Height:** 5' 06"
**Race:** HISPANIC
**Hair:** BLACK

**Language:** SPANISH
**Foreign Notify:** N
**Weight:** 150 lbs.
**Eyes:** BROWN
**Total Bail:** $0.00

**Remarks (1st Arr.):** Per DA'S change court destination to SDF
(Jerika @ criminal business)          2239

## CHARGES

| Arr# | Arrest Date | Chg | Section Code | Description | Court Case | Bail Amount | Dispo Type | Dispo. Date/Time | ROC |
|------|-------------|-----|--------------|-------------|------------|-------------|------------|------------------|-----|
| 3 | 01/25/2008 | 1 | 8 1251 US | DEPORTATION PROCEEDINGS | A092 687 68 | $0.00 | ICE | 01/25/2008 19:43 | |
| 2 | 01/23/2008 | 1 | HOLD | Rel Dt/Tm: Agency: ICE | | $0.00 | RBHD | 01/25/2008 15:14 | |
| 1 | 01/23/2008 | 1 | 290(G)(2) PC | FAIL REG:FEL SEX OFF:ASLT | | $0.00 | (B)1 | 01/25/2008 15:10 | ARR |
| 1 | 01/23/2008 | 2 | 290(G)(2) PC | FAIL REG:FEL SEX OFF:ASLT | | $0.00 | (B)1 | 01/25/2008 15:10 | ARR |

## COURT

| Appearance | Destination Court | Date | Time | Arrest |
|------------|-------------------|------|------|--------|

)  141

Exhibit C

# CERTIFICATE OF REGISTRY OF MARRIAGE
(PERSONAL DATA, LICENSE TO MARRY CERTIFICATION OF MARRIAGE)
USE BLACK INK—MAKE NO ALTERATIONS OR ERASURES

STATE FILE NUMBER

LOCAL REGISTRAR'S NUMBER  **F. 551**

**GROOM PERSONAL DATA**

1A. NAME OF GROOM—FIRST NAME: ALBERTO
1B. MIDDLE NAME: JACOBO
1C. LAST NAME: LARA

2. DATE OF BIRTH—MONTH, DAY, YEAR: July 1 1966

3. AGE (LAST BIRTHDAY): 21 YEARS
4. NUMBER OF THIS MARRIAGE: 1
5. DATE LAST MARRIAGE ENDED: —
5A. IF PREVIOUSLY MARRIED LAST MARRIAGE ENDED BY: —

6. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Mexico

7A. RESIDENCE OF GROOM—STREET ADDRESS: 
7B. CITY OR TOWN: Cathedral City
7C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER COUNTRY): Riverside

8A. PRESENT OR LAST OCCUPATION: Cook
8B. KIND OF INDUSTRY OR BUSINESS: Restaurant

9. HIGHEST SCHOOL GRADE COMPLETED: 12 Years

10A. NAME OF FATHER OF GROOM: Manuel Lara
10B. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY): Mexico
11A. MAIDEN NAME OF MOTHER OF GROOM: Ruth Jacobo
11B. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY): Mexico

**BRIDE PERSONAL DATA**

12A. NAME OF BRIDE—FIRST NAME: PAMELA
12B. MIDDLE NAME: SUE
12C. LAST NAME: FEARS

13. DATE OF BIRTH—MONTH, DAY, YEAR: April 29, 1961

14. AGE (LAST BIRTHDAY): 26 YEARS
15. NUMBER OF THIS MARRIAGE: 2
16A. DATE LAST MARRIAGE ENDED: 10-17-86
16B. IF PREVIOUSLY MARRIED LAST MARRIAGE ENDED BY DIVORCE OR DEATH: Divorce

17. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Arkansas

18A. RESIDENCE OF BRIDE—STREET ADDRESS: 
18B. CITY OR TOWN: Cathedral City
18C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE): Riverside

19A. PRESENT OR LAST OCCUPATION: Waitress
19B. KIND OF INDUSTRY OR BUSINESS: Restaurant

20. HIGHEST SCHOOL GRADE COMPLETED: 12 Years

21. BIRTH NAME OF GROOM: 
22A. NAME OF FATHER OF BRIDE: Earl Fears
22B. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY): Arkansas
23A. BIRTH NAME OF BRIDE: Betty Taylor
23B. BIRTHPLACE OF MOTHER (IF DIFFERENT FROM BIRTH): Arkansas

**AFFIDAVIT OF BRIDE AND GROOM**

WE THE BRIDE AND GROOM NAMED IN THIS CERTIFICATE EACH FOR HIMSELF CERTIFY THAT THE FOREGOING INFORMATION IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US AND HEREBY APPLY FOR LICENSE TO MARRY

24A. BRIDE (SIGNATURE): Pamela Sue Fears
24B. GROOM (SIGNATURE): Alberto Jacobo Lara

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE

25A. SUBSCRIBED AND SWORN TO BEFORE ME ON: March 7, 1988
25B. DATE LICENSE ISSUED: March 7, 1988
25C. LICENSE NUMBER: 24163
25C. COUNTY OF ISSUE OF LICENSE: INDIO
25C. COUNTY CLERK: WILLIAM E. CONERLY
By: [signature]

25D. EXPIRATION DATE: June 5, 1988

**CERTIFICATION OF PERSON PERFORMING CEREMONY**

26A. SIGNATURE OF WITNESS: 
26B. ADDRESS OF WITNESS—STREET ADDRESS: 
26C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: 

27. SIGNATURE OF WITNESS: 
27A. ADDRESS OF WITNESS—STREET ADDRESS: 
27B. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Palm Springs CA 92262

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA ON: March 7, 1988

29A. SIGNATURE OF PERSON PERFORMING CEREMONY AND OFFICIAL TITLE
29B. NAME OF PERSON PERFORMING CEREMONY: DR JASON H FALLS BAPTST
29C. ADDRESS OF PERSON PERFORMING CEREMONY—STREET ADDRESS: Palm Springs
29D. DENOMINATION OF PRIEST MINISTER JUDGE

30. DATE ACCEPTED FOR REGISTRATION: MAR 24 1988
31. LOCAL REGISTRAR—SIGNATURE: WILLIAM E. CONERLY,

LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER): 766686

80 06697    VS-117A(7/86)

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF THE STATE REGISTRAR OF VITAL STATISTICS

310

Exhibit D

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 08 CR 0443-WQH |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO JACOBO LARA | ) DECLARATION |
| Defendant. | ) |

I, ALBERTO JACOBO LARA, declare that:

1. I was charged with having be found in the United States after a deportation in the above-noted case and was arrested on January 23, 2008;

2. I was arrested at the San Onofre truck scales and taken to the Vista Jail where I stayed for two days, but was not taken to see a judge;

3. On January 25, 2008 I was arrested by some agents of the ICE who took me from the Vista Jail to the San Ysidro port of entry and questioned me;

4. The agents told me that if I cooperated and answered their questions, they would recommend to the judge to reduce my sentence, this was the only reason I agreed to answer their questions. If they had not tricked me I would not have answered their questions.

5. First the agents told me that my sentenced would be reduced off camera and then they videotaped my statements to them.

6. With respect to my immigration case, I am and have been married to my wife, Pamela Lara, for twenty years; since 1988.

DATED:  May 12, 2008

_____
Alberto Jacobo Lara