1  **SYLVIA BAIZ**
   California State Bar No. 124367
2  964 Fifth Avenue, Suite 214
   San Diego, California 92101
3  Telephone: (619) 544-1410
   Facsimile: (619) 544-1473
4
   Attorney for Defendant **LARA**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. WILLIAM Q. HAYES**)

| UNITED STATES OF AMERICA, | ) Criminal No. **08-CR-0443-WQH** |
|---|---|
| Plaintiff, | ) Date: June 2, 2008 |
|  | ) Time: 2:00 p.m. |
| v. | ) **NOTICE OF MOTIONS AND MOTIONS** |
|  | ) **IN LIMINE TO:** |
| **ALBERTO JACOBO LARA,** | ) 1) **DISMISS INDICTMENT, INVALID DEPORTATION** |
|  | ) 2) **DISMISS INDICTMENT FOR DELAYED ARRAIGNMENT** |
| Defendant. | ) 3) **SUPPRESS STATEMENTS** |
|  | ) 4) **PRECLUDE EVIDENCE UNDER 404(B) AND 609** |
|  | ) 5) **LIMIT TESTIMONY OF** DHS **CUSTODIAN** |
|  | ) 6) **PRECLUDE INTRODUCTION OF** A-**FILE** |
|  | 7) **ALLOW ATTORNEY VOIR DIRE** |
|  | 8) **PRECLUDE EVIDENCE OF DEPORTATION HEARING TAPE OR TRANSCRIPT** |
|  | 9) **EXCLUDE INADMISSIBLE HEARSAY OF WITNESSES.** |
|  | 10) **AGENTS SHOULD NOT BE ALLOWED TO TESTIFY ABOUT THE TRUTHFULNESS OF DEFENDANT'S STATEMENTS AT THE TIME OF THE ARREST.** |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
      CHRISTINA M. McCALL, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on June 2, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Alberto Jacobo Lara, by and through his counsel, Sylvia Baiz hereby moves this Court to the above-noted motions.

**MOTIONS**

The defendant, Alberto Jacobo Lara, by and through his counsel, Sylvia Baiz, and pursuant to Fed. R. Crim. P. 12, the Fourth Amendment, the Sixth Amendment, the Fourteenth Amendment, and all other applicable rules and statutes, hereby moves this Court to:

1) dismiss indictment, invalid deportation; 2) dismiss indictment for delayed arraignment; 3) suppress statements ; 4) preclude evidence under 404(b) and 609; 5) limit testimony of dhs custodian; 6) preclude introduction of a-file;  7) allow attorney voir dire;  8) preclude evidence of deportation hearing tape or transcript; 9) exclude inadmissible hearsay of  witnesses; 10) agents should not be allowed to testify about the truthfulness of defendant's statements at the time of the arrest.

These motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: May 19, 2008            /s/ Sylvia Baiz
**SYLVIA BAIZ**
Attorney for Defendant Alberto Jacobo Lara

1