# Exhibit A

Case 3:08-cr-00443-WQH     Document 19-4     Filed 05/20/2008     Page 1 of 8

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. NUMBER | PAGE 6 OF 8 |
|---|---|---|---|---|
| 01/23/2008 | 1537 | 651 | 010955 | |

failed to register annually, failed to register upon release from custody, and that the he failed to register during the changes of addresses observed on LARA's DMV record.

LARA's DMV record showed an issuing date of 2004 (unknown address), a change of address on 01.05.05 (11303 E HWY 26, Stockton), and another change of address on 01.02.07 (6239 E HWY 26, Stockton 95215).

Passenger ▇▇▇ was released to the custody of the US Border Patrol / San Clemente Station. Agents F. Villenueva #S73 and Morgan #S76 responded to the S/B I-5 CHP San Onofre Inspection Facility and took custody of ▇▇▇

Prior to transporting LARA to VDF for booking, LARA requested that the following two individuals and telephone numbers be given to ▇▇▇ to assist him.

▇▇▇ A relative of LARA in Mexico to assist ▇▇▇

**OTHER FACTUAL INFORMATION**

On 01.24.08, I was contacted by Special Agent J. Pryor, US Immigration and Customs Enforcement. Special Agent Pryor informed me that ▇▇▇ true identity is ▇▇▇ ▇▇▇ DOB 12.16.92, and that he was in the custody of Department of Homeland Security. Special Agent Pryor informed me that due to additional information received from ▇▇▇ LARA was being investigated for possible charges of human trafficking and child molestation.

On 01.24.08 at approximately 1135 hours, a Daniel Santos Sanchez, CDL B5324106, arrived at the inspection facility to take custody of the tractor/trailer combination and load. Sanchez was contacted by Officer Kee #16418.

**ANALYSIS AND OPINIONS**

Based on:

- LARA's sex registrant record status
- LARA's statements made during the preliminary interview
- LARA's DMV record showing address changes in 2004, 2005 and 2007
- Information received by Stockton Police Department confirming his sex registration status last date of registration being in June 2002
- Information received from SAFE Task Force Detective Bixby regarding a certified copy of LARA's record received from Stockton PD

it is determined that LARA has knowledge of his lawful requirement to register annually, and the that registration shall occur within 5 days of his date of birth, that LARA has knowledge of his

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE | |
|---|---|---|---|---|---|
| R. T. SABLAN / OFFICER | 010955 | 01/23/2008 | S-1 | | 47 |

# Exhibit B

# San Diego Sheriff's Department
## Inmate Detail Report

### PERSONAL

| | |
|---|---|
| Last: | LARA |
| First: | ALBERTO |
| Middle: | J |
| Sex: | M |
| DOB: | 07/01/1966 |
| Age: | 41 |
| Birth Place: | MEXICALI, MM |
| SSN: | [redacted] |
| RI System #: | [redacted] |
| Gang Flag: | |
| Inmate Loc.: | -------- |
| DNA Status: | Completed |
| Citizenship: | MEXICO |
| English Ability: | Fair |
| Height: | 5' 06" |
| Race: | HISPANIC |
| Hair: | BLACK |

| | |
|---|---|
| JIM#: | 400089766 |
| BK#: | 8105594 |
| CLASS: | |
| Language: | SPANISH |
| Foreign Notify: | N |
| Weight: | 150 lbs. |
| Eyes: | BROWN |
| Total Bail: | $0.00 |

| | |
|---|---|
| Arr. Agency: | CA Highway Patrol |
| Arr. Location: | SAN ONOFRE |
| Officer: | SABLAN |
| Officer ID: | 10955 |
| Arr. Date: | 01/23/2008 |
| Custody Days: | 3 |
| Booking Date: | 01/23/2008 |
| Booking Time: | 20:44:39 |
| Jail: | |
| Area/HU/Cell: | // |
| Holds: | |
| Arrest Type: | FIELD ARREST |
| Date Released: | 01/25/2008 20:08:00 |
| Release Type: | ICE |
| Early Release Date: | |

Remarks (1st Arr.): Per DA'S change court destination to SDF
(Jerika @ criminal business)   2239

### CHARGES

| Arr# | Arrest Date | Chg | Section Code | Description | Court Case | Bail Amount | Dispo Type | Dispo. Date/Time | ROC |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 01/25/2008 | 1 | 8 1251 US | DEPORTATION PROCEEDINGS | A092 687 68 | $0.00 | ICE | 01/25/2008 19:43 | |
| 2 | 01/23/2008 | 1 | HOLD | Rel Dt/Tm:  Agency: ICE | | $0.00 | RBHD | 01/25/2008 15:14 | |
| 1 | 01/23/2008 | 1 | 290(G)(2) PC | FAIL REG:FEL SEX OFF:ASLT | | $0.00 | (B)1 | 01/25/2008 15:10 | ARR |
| 1 | 01/23/2008 | 2 | 290(G)(2) PC | FAIL REG:FEL SEX OFF:ASLT | | $0.00 | (B)1 | 01/25/2008 15:10 | ARR |

### COURT

| Appearance | Destination Court | Date | Time | Arrest |
|---|---|---|---|---|
| | | | | |

141

# Exhibit C

Case 3:08-cr-00443-WQH   Document 19-4   Filed 05/20/2008   Page 5 of 8

# CERTIFICATE OF REGISTRY OF MARRIAGE

(PERSONAL DATA, LICENSE TO MARRY, CERTIFICATION OF MARRIAGE)
USE BLACK INK—MAKE NO ALTERATIONS OR ERASURES

STATE FILE NUMBER | LOCAL REGISTRAR'S NUMBER: F 551

## GROOM PERSONAL DATA

- 1A. NAME OF GROOM—FIRST NAME: ALBERTO
- 1B. MIDDLE NAME: 
- 1C. LAST NAME: JACOBO LARA
- 2. DATE OF BIRTH: July 1, 1966
- 3. AGE: 21 YEARS
- 4. NUMBER OF THIS MARRIAGE: 1
- 5A. IF PREVIOUSLY MARRIED, DATE LAST MARRIAGE ENDED: —
- 5B. LAST MARRIAGE ENDED BY DIVORCE OR ANNULMENT: —
- 6. BIRTHPLACE: Mexico
- 7A. RESIDENCE OF GROOM—STREET ADDRESS: [redacted]
- 7B. CITY OR TOWN: Cathedral City
- 7C. COUNTY: Riverside
- 8A. PRESENT OR LAST OCCUPATION: Cook
- 8B. KIND OF INDUSTRY OR BUSINESS: Restaurant
- 9. HIGHEST SCHOOL GRADE COMPLETED: 12 Years
- 10A. NAME OF FATHER OF GROOM: Manuel Lara
- 10B. BIRTHPLACE OF FATHER: Mexico
- 11A. MAIDEN NAME OF MOTHER OF GROOM: Ruth Jacobo
- 11B. BIRTHPLACE OF MOTHER: Mexico

## BRIDE PERSONAL DATA

- 12A. NAME OF BRIDE—FIRST NAME: PAMELA
- 12B. MIDDLE NAME: SUE
- 12C. LAST NAME: FEARS
- 13. DATE OF BIRTH: April 29, 1961
- 14. AGE: 26 YEARS
- 15. NUMBER OF THIS MARRIAGE: 2
- 16A. DATE LAST MARRIAGE ENDED: 10-17-86
- 16B. LAST MARRIAGE ENDED BY: Divorce
- 17. BIRTHPLACE: Arkansas
- 18A. RESIDENCE OF BRIDE—STREET ADDRESS: [redacted]
- 18B. CITY OR TOWN: Cathedral City
- 18C. COUNTY: Riverside
- 19A. PRESENT OR LAST OCCUPATION: Waitress
- 19B. KIND OF INDUSTRY OR BUSINESS: Restaurant
- 20. HIGHEST SCHOOL GRADE COMPLETED: 12 Years
- 21. BIRTH NAME OF BRIDE: —
- 22A. NAME OF FATHER OF BRIDE: Earl Fears
- 22B. BIRTHPLACE OF FATHER: Arkansas
- 23A. BIRTH NAME OF MOTHER OF BRIDE: Betty Taylor
- 23B. BIRTHPLACE OF MOTHER: Arkansas

## AFFIDAVIT OF BRIDE AND GROOM

We the bride and groom named in this certificate, each for himself, state that the foregoing information is correct to the best of our knowledge and belief; that no legal objection to the marriage nor to the issuance of a license is known to us and hereby apply for license to marry.

- 24A. BRIDE (SIGNATURE): Pamela Sue Fears
- 24B. GROOM (SIGNATURE): Alberto Jacobo Lara

## LICENSE TO MARRY

Authorization and license is hereby given to any person duly authorized by the laws of the State of California to solemnize the marriage of the above named persons required consents for the issuance of this license are on file

- 25A. SUBSCRIBED AND SWORN TO BEFORE ME ON: March 7, 1988
- 25B. DATE LICENSE ISSUED: March 7, 1988
- 25C. EXPIRATION DATE: June 5, 1988
- 25D. LICENSE NUMBER: 24163
- 25E. COUNTY CLERK: INDIO
- 25F. COUNTY OF ISSUE OF LICENSE: RIVERSIDE
- BY: [signature] DEPUTY

## WITNESSES

- 26A. SIGNATURE OF WITNESS: [signature]
- 26B. ADDRESS OF WITNESS: [redacted]
- 26C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: [redacted]
- 27A. SIGNATURE OF WITNESS: [signature] F. Goodwin
- 27B. ADDRESS OF WITNESS: [redacted]
- 27C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Palm Springs, CA. 92262

## CERTIFICATION OF PERSON PERFORMING CEREMONY

28. I hereby certify that the above named bride and groom were joined by me in marriage in accordance with the laws of the State of California

- AT: Palm Springs Renewal
- CITY OR TOWN: Palm Springs
- COUNTY: Riverside
- STATE: CALIFORNIA
- ON: MARCH 7, 1988
- 29A. SIGNATURE OF PERSON PERFORMING CEREMONY: [signature]
- 29B. NAME OF PERSON PERFORMING CEREMONY: DR. JASON H. EGLE
- 29C. DENOMINATION OR PRIEST, MINISTER OR RABBI: Baptist
- 29D. ADDRESS—STREET ADDRESS, CITY OR TOWN AND STATE: [redacted]

## LOCAL REGISTRAR

- 30. DATE ACCEPTED FOR REGISTRATION: MAR 24 1988
- 31. LOCAL REGISTRAR—SIGNATURE: WILLIAM E. CONERLY, [signature]

76686   88 96697   VS-117A (7/86)

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF THE STATE REGISTRAR OF VITAL STATISTICS

310

Exhibit D

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 08 CR 0443-WQH |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO JACOBO LARA | ) DECLARATION |
| Defendant. | ) |

I, ALBERTO JACOBO LARA, declare that:

1. I was charged with having be found in the United States after a deportation in the above-noted case and was arrested on January 23, 2008;

2. I was arrested at the San Onofre truck scales and taken to the Vista Jail where I stayed for two days, but was not taken to see a judge;

3. On January 25, 2008 I was arrested by some agents of the ICE who took me from the Vista Jail to the San Ysidro port of entry and questioned me;

4. The agents told me that if I cooperated and answered their questions, they would recommend to the judge to reduce my sentence, this was the only reason I agreed to answer their questions. If they had not tricked me I would not have answered their questions.

5. First the agents told me that my sentenced would be reduced off camera and then they videotaped my statements to them.

6. With respect to my immigration case, I am and have been married to my wife, Pamela Lara, for twenty years; since 1988.

DATED: May 12, 2008

Alberto Jacobo Lara