EXHIBIT 1

CR-290

## ABSTRACT OF JUDGMENT—PRISON COMMITMENT—DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

- [XX] SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN JOAQUIN
- [ ] MUNICIPAL BRANCH OR JUDICIAL DISTRICT:

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ALBERTO JACOBO LARA
DOB: [redacted]
AKA: GUERO
CII#: A21541700
BOOKING #:

-A SF079343A
-B
-C
-D

Filed AUG 29 2000
JEANNE MILLSAPS
Antoinette [signature] CLERK
By DEPUTY

- [ ] NOT PRESENT
- [X] COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT
- [ ] AMENDED ABSTRACT

DATE OF HEARING: 08/24/00
DEPT. NO.: 25
JUDGE: JAMES E HAMMERSTONE JR
CLERK: MARY CASAO
REPORTER: THOMAS PLACE
PROBATION NO. OR PROBATION OFFICER: 110266
COUNSEL FOR PEOPLE: D. BONNET
COUNSEL FOR DEFENDANT: W. DALY
- [ ] APPTD.

1. Defendant was convicted of the commission of the following felonies:
   - [ ] Additional counts are listed on attachment ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 288(A) | Lewd acts upon child | 2000 | 06/26/00 | | | X | L | | | | | | | 3 | 0 |
| 1 | PC | 288(C)(1) | Lewd act upon child | 2000 | 06/26/00 | | | X | M | X | | | | | | (3) | (0) |
| | | | | | / / | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.*
*CAUTION: SEAL MUST BE IN PURPLE.*
*ATTEST JAN 31 2008*
*ROSA JUNQUEIRO Clerk of the Superior Court in and for the County of San Joaquin State of California*

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. [ ] Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ___

7. [ ] Additional indeterminate term (see CR-292).

8. TOTAL TIME: 3 | 0

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
(Continued on reverse)

148

Form Adopted by the ABSTRACT OF JUDGMENT—PRISON COMMITMENT—DETERMINATE    Penal Code,

```
'2411H1        SUPERIOR COURT OF CALIFORNIA-COUNTY OF SAN JOAQUIN        05/30/01
AN JOAQUIN CJIS              STOCKTON BRANCH                             11:21
ORGANIZATION: SC
```

CASE NO. ███████        DATE: 08/24/00        TIME: 08:30 AM        DEPT.: 25

PEOPLE VS. LARA, ALBERTO JACOBO                                (DOB: 07/01/66)

JUDGE:    JAMES E HAMMERSTONE JR, JUDG    CLERK:   MARY CASAO
REPORTER: T PLACE                         BAILIFF: K SALES

NATURE OF PROCEEDINGS:   RE: JUDGMENT.

---

CHARGES: 1. PC 288(C)(1)
         3. PC 288(A)

---

~~CORRECTED MINUTE ORDER~~

DEPUTY DISTRICT ATTORNEY D. BONNET PRESENT FOR THE
    PEOPLE.

DEFENDANT PRESENT WITH ATTORNEY W. DALY.

DEFENDANT PRESENT.

NO LEGAL CAUSE APPEARING WHY JUDGEMENT SHOULD NOT NOW BE
    PRONOUNCED.

DEFENDANT WAIVES TIME FOR SENTENCING, AND IS SENTENCED.

PROBATION IS DENIED.

AS TO COUNT 3 :  IMPOSED THE LOWER TERM OF 3 YEAR(S), 0
    MONTH(S), 0 DAY(S).

AS TO COUNT 1 :  IMPOSED THE MIDDLE TERM OF 2 YEAR(S), 0
    MONTH(S), 0 DAY(S).

COUNT 1 TO BE SERVED CONCURRENT WITH COUNT 3.

DEFENDANT TO SERVE TOTAL PRISON OF 3 YEARS, 0 MONTHS.

CREDIT FOR TIME SERVED: LOCAL 3 PLUS 0 (GOOD TIME/WORK
    CREDIT) PLUS 0 CRC/CDC PLUS 0 (GOOD TIME/WORK/CREDIT) -
    TOTAL 3 DAYS.

DEFENDANT TO PAY RESTITUTION FINE OF $200.00 PURSUANT TO
    PC 1202.4 COLLECTED BY CDC.

PLUS $20.00 ADMINISTRATIVE SURCHARGE FOR RESTITUTION
    FINE - RESTITUTION FUND COLLECTION FEE

149

CASE NO. ▓▓▓▓▓▓▓    DATE: 08/24/00    TIME: 08:30 AM    DEPT.: 25
PEOPLE VS. LARA, ALBERTO JACOBO                         (DOB: 07/01/66)

PURSUANT TO PC 1202.45, THE COURT IMPOSES AN ADDITIONAL
    RESTITUTION FINE OF $200.00 SAID FINE TO BE SUSPENDED
    UNLESS PAROLE IS REVOKED.

VICTIM RESTITUTION ORDERED IN THIS MATTER IN AN AMOUNT
    AND MANNER TO BE DETERMINED BY CDC.

DEFENDANT TO PAY $200.00 REGISTRATION FINE PURSUANT TO
    PC 290.3.

DEFENDANT TO REGISTER AS REQUIRED PURSUANT TO PC 290 AS
    A SEX OFFENDER.

SEE SUPPLEMENTAL ORDERS.

BAIL BOND NO. BD1-1143678 IS EXONERATED.

SHERIFF TO DELIVER DEFENDANT INTO CUSTODY OF THE
    DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS,
    RECEPTION GUIDANCE CENTER AT DVI.

ENTERED IN CJIS BY T. PEREZ ON 08/29/2000.

ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.

INFORMATION SENT TO THE JAIL.

---

CUSTODY STATUS:
DEFENDANT IS REMANDED TO THE CUSTODY OF THE DEPT. OF
    CORRECTIONS.

*corrected 5-24-01 m.o.*

# * Amended *
*Per Remittitur Filed 5-24-01*

## SUPERIOR COURT OF SAN JOAQUIN COUNTY
### FELONY STATE PRISON COMMITMENT

PEOPLE v  Alberto Jacobo Lara                        Defendant    Case No. ▓▓▓▓▓▓

Date of Birth ▓▓▓▓▓▓                                 Date  5-29-01

Above named defendant having been convicted of a felony violation of Section  Ct. 1 PC 288(C)(1), Ct. 3 PC 288(A)

**IT IS HEREBY ORDERED:** (Applicable Items checked)

| | |
|---|---|
| TCSEN ☐ Original sentence of _____ in full force and effect except as modified herein | TCB1__ ☐ This case to be served concurrent with: <br>☐ B. Case number(s) _____ |
| MICRC ☐ Submitted on recommendation of C.R.C. | |
| CSCRX ☐ Defendant excluded from C.R.C. | ☐ F. All other unserved sentences |
| TCSAR ☐ C.R.C. commitment set aside, Criminal proceedings reinstated. | ☐ G. Any parole revocation <br>☐ E. _____ |
| PROBA ☒ Probation is Denied | TCB2__ ☐ This case to be served consecutive to: |
| PREVO ☐ Probation is Revoked | ☐ B. Case number(s) _____ |
| TCPSS ☐ Defendant committed to State Prison on previously suspended sentence | ☐ C. All other sentences |
| TCPSO ☐ Previous sentence vacated - case re-sentenced | TCLAB ☐ Defendant to pay Criminalist Lab fee of $ _____ |
| TCTI_ ☒ As to Count 3 ; Court imposed the <br>☒ 1. LOWER ☐ 2. MIDDLE ☐ 3. UPPER <br>term of 3 years; _____ months; _____ days | TCFDC ☒ Defendant to pay restitution fine of $ 200.00 pursuant to PC 1202.4 collected by CDC |
| TCTI_ ☒ As to Count 1 ; Court imposed the <br>☐ 1. LOWER ☒ 2. MIDDLE ☐ 3. UPPER <br>term of 2 years; _____ months; _____ days | TCSUR ☒ Plus $ 20.00 Administrative Surcharge for Restitution fine - Restitution Fund Collection Fee |
| TCTI_ ☐ As to Count _____ ; Court imposed the <br>☐ 1. LOWER ☐ 2. MIDDLE ☐ 3. UPPER <br>term of _____ years; _____ months; _____ days | TCPFS ☒ Defendant to pay restitution fine of $ 200.00 pursuant to PC1202.45. Said fine to be suspended unless parole revoked. |
| TCTI_ ☐ As to Count _____ ; Court imposed the <br>☐ 1. LOWER ☐ 2. MIDDLE ☐ 3. UPPER <br>term of _____ years; _____ months; _____ days | ☐ Fine/Fees stayed for good cause due to _____ |
| | TCVRS ☒ Victim restitution ordered in an amount & manner to be determined by  CDC |
| TCDBL ☐ Pursuant to PC 1170.12(b)/667(d), time imposed is doubled | TCRE __ ☒ Defendant to register as required pursuant to <br>☒ A. A sex offender (PC 290) <br>☐ B. A narcotics offender (HS 11590) <br>☐ C. An arson offender (PC 451) |
| TCTIG ☐ As to Count _____ ; Court imposed one-third the MID term of _____ years; _____ months; _____ days consecutive to count _____ | TCV18 ☐ No visitation between defendant and child victim under age of 18 years old - pursuant to PC 1202.05 |
| TCTIN ☐ As to Count _____ ; Court imposed one-third the MID term of _____ years; _____ months; _____ days consecutive to case _____ | TCTES ☐ AIDS testing to be performed by Department of Corrections pursuant to PC 1202.1 |
| | RADAA ☐ Defendant advised of Appeal rights |
| DE ☐ Plus enhancement for allegation number _____ as to count _____ pursuant to _____ of _____ years; _____ months | TCDCD ☐ Director of Corrections directed to prepare report per 1170(D) PC and file with court prior to _____ |
| TCADE ☐ Plus enhancement for allegation number _____ as to count _____ pursuant to _____ of _____ years; _____ months | TCTCR ☒ Credit for time served: Local 3 plus 0 (good time/work credit) plus _____ CRC/CDC plus _____ (Good time/work credit) - Total 3 days |
| TCMAN ☐ As to enhancement number _____ of count _____ pursuant to _____ the Court imposes _____ years. That sentence is ordered stricken for the purpose of sentencing | TCDCR ☐ Credit given pursuant to PC 2900.5(b) (No double CTS) <br>TCCCR ☐ Conduct credit given pursuant to PC 2933.1 (15% Rule) <br>TCWCB ☐ Credit for time served waived to _____ <br>TCTAT ☐ Total Aggregate term is _____ years, _____ months |
| TCMAN ☐ As to enhancement number _____ of count _____ pursuant to _____ the Court imposes _____ years. That sentence is ordered stricken for the purpose of sentencing | ☒ Deft to $200.00 Registration Fine pursuant to PC 290.3 |
| SEYTL ☐ As to count _____ defendant sentenced to _____ years to life | |
| TCCST ☐ Jail sentence imposed on count _____ to run concurrent with state prison term to be served at C.D.C. | PSSPA ☐ Criminal proceedings are suspended pursuant to 3051 WI <br>TCCMC ☐ Defendant is committed to California Rehabilitation Center per 3051 WI |
| TCTID ☐ As to Ct _____ serve _____ days in S. J. Co. Jail with _____ days CTS. | TCSTS ☐ It is stipulated that Defendant receive total credit for time served of _____ days |
| TCNAG ☐ Count _____ to be served consecutive to count _____ with all but _____ years; _____ months; _____ days stayed until successful completion of count(s) _____ | TCTSD ☐ Defendant is time served <br>TCSPO ☐ Defendant to report to Stockton Parole Office within/by _____ |
| TCNAH ☐ Count _____ to be served consecutive to Case No. _____ with all but _____ years; _____ months; _____ days stayed until the successful completion of said case | MILHD ☐ C.R.C. to be notified to lift hold/detainer lodged at SJ Co. Jail (CRC I.D.# _____ ) |
| | CSDT__ ☒ Sheriff to deliver defendant into the custody of the Director <br>☒ A. California Dept. of Corrections, Reception Guidance Center at DVI <br>☐ F. The Valley State Prison for Women <br>☐ D. _____ |
| TCYTL ☐ Defendant sentenced to a total of _____ years to life | |
| TCYPP ☐ Defendant sentenced to a total of _____ years plus life with possibility of parole | |
| TCYPL ☐ Defendant sentenced to a total of _____ years plus life without possibility of parole | CSFRB ☒ Defendant remanded to the custody of the Dept. of Corrections |
| TCLWP ☐ As to count _____ , Court imposes life with possibility of parole | TCCYA ☐ Defendant to be housed at California Youth Authority pursuant to 1731.15(C) WI |
| TCLWO ☐ As to count _____ , Court imposes life without possibility of parole | CSFRG ☐ Defendant released from custody on this action only |
| JY ☒ Defendant to serve total prison of 3 years, _____ months | ☐ SENTENCE STAYED ☐ OVER: for continuance <br>☐ SEE ORDER GRANTING PROBATION |
| TCSN_ ☒ Count 1 to be served <br>☒ O. Concurrent to count 3 <br>☐ P. Consecutive to count _____ | |

_____ Judge

White / Court
n Court

Sup. Ct. 302 (6/99)

151

## SUPERIOR COURT OF SAN JOAQUIN COUNTY
## FELONY SENTENCING MINUTES

Peo. vs. **Alberto Jacobo Lara**
(s): _____

Case #: ~~█████~~

Date: **6-26-00**   Time: _____   Dept: **25**
ROC: _____
Judge: **J. Hammerstone**
Clerk: **M Casao**
C.R.: **T Place**

### APPEARANCE
- MITRF ☐ Matter transferred to Department _____
- AP ___ ☒ PRA. Defendant present ☐ WOC. without counsel
  - ☐ CUS. in custody ☒ WAT. with attorney ☐ DPD. with DPD
  **W Daly**
- APCAP ☐ _____ courtesy appearance for _____
- APD ___ ☒ DA. Deputy DA **D. Bonnet** ☐ CA City Atty ☐ AG. Atty General _____ present
- INTPR ☐ _____ present as a _____ interpreter
- OTHER ☐ _____

### AMENDMENT
- AM ___ ☐ Complaint amended
  - ☐ A. As to count _____
  - ☐ B. To add count _____
    - ☐ A. A felony violation of _____
    - ☐ B. A misdemeanor violation of _____
      - ☐ A. On motion of DDA _____
      - ☐ B. Upon stipulation of counsel
      - ☐ C. Upon court's own motion
- AM ___ ☐ Information amended
  - ☐ 1. As to count _____
  - ☐ 2. To add count _____
    - ☐ A. A felony violation of _____
    - ☐ B. A misdemeanor violation of _____
      - ☐ A. Upon motion of District Attorney
      - ☐ B. Upon stipulation of counsel
- AMCA ☐ Complaint amended as to count ___ to add allegation
  - No. _____ pursuant to _____
  - Motion of: ☐ C. Court ☐ D. DDA
- AMIAJ ☐ Information amended as to count ___ to add enhancement
  - No. _____ pursuant to _____
- ___ ☐ CAR ☐ Complaint/ IAI ☐ Information amended to read: _____
- AMBAS ☐ The basis for the charge amendment is _____

- MIADC ☐ Defendant advised of charge(s) as amended
- ARDFC ☐ Defendant arraigned on amended complaint
- ARWVD ☐ Formal arraignment waived
- ARAAW ☐ Formal arraignment waived on amended complaint
- ARAIW ☐ Formal arraignment waived on amended information
- TNOTH ☐ Defendant answers to true name of _____
- TNOKE ☐ Defendant answers to true name as charged.

### WAIVER OF RIGHTS/FELONY
- WRMTC ☒ Defendant advised of, understood, and knowingly and voluntarily waived all of the following rights: The privilege against self-incrimination, the right to a jury trial and the right to cross-examination of the witnesses against him. After questioning the Defendant the court determined that the Defendant understood the nature of the charge, the elements of the offense, the pleas available thereto, the possible defenses thereto, the possible range of penalties and other consequences of Defendants plea. (including the effect of the admission of any prior conviction)
- WRSAC ☒ To a speedy and public Preliminary Hearing within 10 days
- WRSAE ☒ To testify on his own behalf
- RACOC ☒ To consequences of conviction pursuant to Section PC 1016.5 (Alien)
- RAREG ☐ Defendant advised as to Registration Code Requirement
- RAAPC ☒ Defendant advised of Parole Consequences
- RACUP ☐ Defendant advised that this conviction could be used as a prior
- MIST ___ ☐ Defendant advised this is ☐ 1. one strike ☐ 2. two strikes
- MIASK ☒ Court asked (Defendant) if any promises or recommendations have been made to him by District Attorney or his counsel or by anyone else as to what the punishment could or might be.

### ENTRY OF PLEA
- PLWNO ☒ Defendant requests and is granted permission to withdraw plea of not guilty.
- PLED ___ ☒ Defendant entered a plea of:
  - ☐ C. Guilty to all Counts      ☐ D. Guilty to Count _____
  - ☐ E. Nolo Contendere to all Counts ☒ F. Nolo Contendere to **1, 3**
- CDEN ___ ☐ Alleg. # _____ alleged in Ct # _____
  - A ☐ Admitted    C ☐ Stricken
  - D ☐ Stricken for sentencing purposes only.
- CDEN ___ ☐ Alleg. # _____ alleged in Ct # _____
  - A ☐ Admitted    C ☐ Stricken
  - D ☒ Stricken for sentencing purposes only.
- CDENS ☐ All enhancements are stricken
- CDF ___ ☒ Count **2** dismissed upon motion of:
  - ☐ A. Court ☒ B. DDA **D Bonnet**
  - Reason for dismissal:
    - ☐ C. Insufficient Evidence   ☐ P. Interest of Justice
    - ☐ M. _____
    - ☒ O. In View of Plea to **Ct. 1, 3**
- PLFB ___ ☒ Court finds a factual basis for the plea based on
  - ☐ A. (what was) recited by counsel for People  B ☐ Defense
  - ☐ D. Pre-Lim Transcript  F ☐ Other: _____
- PLCSF ☒ Counsel stipulated to a Factual Basis
- PLCCP ☒ The Defense Attorney concurred with the Defendants plea and admission.
- PLKIV ☒ The Court found the plea knowledgeable, intelligent and voluntary.
- MIPLA ☒ Court accepted plea
- PRPRC ☒ Defendant to report to the Probation Dept. on **7-6** at **1:30pm**
- PRCIS ☐ Defendant to be interviewed at the County Jail by Probation Officer
- PRR ___ ☒ Report Ordered: ☒ PA. Pre-sentence ☐ PB. Pre-Plea
  - ☐ PC. Supplemental
- NOTIA ☐ Probation Department notified
- MIRPA ☐ Report of Probation Officer is received and considered
- MIRPF ☐ Report of _____ is received and considered
- WRPRF ☐ Defendant waived probation referral and requires immediate sentencing
- MIPDN ☐ Probation Department notified to prepare report pursuant to PC 1203
- WRDWP ☐ Defendant waives referral to Probation.
- MIJOK ☐ No legal cause why judgment should not now be pronounced
- WTST1 ☐ Defendant waives time for sentencing and is (hereby) sentenced
- WRJDG ☐ Formal arraignment for judgment waived
- PSSPB ☐ Criminal proceedings are suspended pursuant to PC 1203.03
- TCADF ☐ Defendant placed in Department of Corrections Diagnostic Facility for a period not to exceed 90 days pursuant to PC 1203.03
- SHDSP ☐ Hearing on return from diagnostic study - PC 1203.03 set on _____ at _____ in _____ Dept. _____
- PSCP4 ☐ Criminal proceedings are reinstated, subsequent to PC 1203.03
- MIEX ___ ☐ Court appoints Dr. _____ to examine Defendant pursuant to _____
- WRSRP ☐ Defendant and counsel stipulate that "requirement for Petition under 3051 WI" is waived
- WREVA ☐ Defendant waives evaluation by Doctor pursuant to 3051 WI
- MISAD ☐ Defendant and counsel stipulate that "defendant is an addict or in eminent danger of becoming an addict within the meaning of 3051 WI"

### CONTINUANCE
- SH ___ ☒ Continued to **8-3-00** at **8:30** in Dept. **25** for **Judgment**
- WTIM ___ ☐ Time waived by: ☐ A. Defendant ☐ B. Counsel
- WTTNW ☐ Time not waived
- APDOP ☒ Defendant ordered present. APNOP ☐ Defendant not ordered present
- MIINT ___ ☐ _____ Interpreter required
- SHVAC ☐ Court hearing of _____ set on _____ at _____ ordered vacated
- Other ☐ _____

### BAIL INFORMATION
- CSDIC ☐ Defendant in custody on this case
- BB ___ ☐ SC. Bail set at $ _____  ☐ REM. Remain at $ _____
- CSRM ☒ Defendant to remain  ☒ X. Bail  ☐ A. O.R.  ☐ F. O.R./ADAP
- CSFRC ☐ Defendant is released on own recognizance. See O.R. Agreement
- BBIAA ☐ Cash bail exonerated  BBIBA ☐ Bail bond No. _____ exonerated

- OTHER ☐ Notify _____
- MITCI ☐ Terms of Probation Incorporated herein.

_____ OVER: For felony State prison Holding Order

152

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

THE PEOPLE OF THE STATE OF CALIFORNIA )
                Plaintiff        )    CASE NO. ~~[redacted]~~
                                    )
                                    )    PLEA OF GUILTY/NO CONTEST WAIVER OF
           VS                      )    CONSTITUTIONAL RIGHTS (FELONY)
                                    )    Filed _6-26-00_
Alberto Lara                 )                JEANNE MILLSAPS
                                    )                            CLERK
                Defendant(s)   )    By _____
                                    )                            DEPUTY

The defendant named above makes the following declarations in support of his/her change of plea:

**(Defendant will initial all applicable statements)**

1. I hereby withdraw my plea of not guilty and offer my plea of ☐ GUILTY ☒ NO CONTEST to the following violations charged against me in this case:                      _A.L._
   _Ct 1 - 289 c 1_
   _Ct 3 - 288 (c)_

2. I also admit the following enhancements/priors conviction(s) charged in this case:
   _ø_

3. I have not been induced to enter this plea by promises of any kind, except: (State terms of plea agreement) _6 yr Top, no bottom_    _A.L._
   _State Prison Top, No Bottom_

4. I understand that I have the right to be represented by a lawyer at all stages of this case, including at this proceeding. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. My attorney in this case is:    _A.L._
   _William P. Daley_

5. My date of birth is: _7-1-66_

1

                153
000046

Case No.: ███████████

## WAIVER OF RIGHTS

I understand that as to any charges, enhancements, and/or prior convictions that I have the following constitutional rights which I now give up in order to plead Guilty or No Contest:

|  |  | I understand this right. | I give up this right. |
|---|---|---|---|
| 6. | The right to be tried by a jury in a speedy and public trial. | A.L. | A.L. |
| 7. | The right to see, hear, and have my lawyer question, in court, the witnesses against me. | A.L. | A.L. |
| 8. | The right to remain silent (unless I choose to testify on my behalf). | A.L. | A.L. |
| 9. | The right to present evidence and to have witnesses subpoenaed to court to testify on my behalf. | A.L. | A.L. |

## CONSEQUENCES OF PLEA

10. I understand that the maximum sentence for the charges and enhancements to which I am entering this plea is: __16__ years __UKP__ _____ months in state prison and or a $ __10,000__ fine     A.L.

11. If I should receive probation (for up to five years or the maximum length of time I could serve in prison, whichever is greater), I may be given up to one year in jail, plus the fine and other conditions deemed reasonable by the court. If I violate any terms and conditions of probation I can be sent to state prison for the maximum term stated above     A.L.

12. I will be required to pay for any damage or loss suffered by the victim(s) and/or pay a separate restitution fine not less than $200.00 nor more than $10,000.00 as described in Penal Code section 1202.4     A.L.

13. I understand that if I am not a citizen of the United States a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, or denial of naturalization     A.L.

14. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases     A.L.

Case No. ██████████

| | | Attorney | Defendant |
|---|---|---|---|
| 15. | My attorney has explained that other possible consequences of this plea may be: (initial those that apply to this case.) | | |
| | a. Registration as a sex offender | WPD | A.L. |
| | b. Registration as a narcotic offender | | |
| | c. Ineligibility for probation | | |
| | d. Loss of driving privileges | | |
| | e. Punishment for any future convictions may be increased by 1, 3, or 5 years in prison | WPD | A.L. |
| | f. Life prison term under a habitual offender, "Three Strikes", or "One Strike" law for any future convictions | WPD | A.L. |
| | g. Parole after prison for 48 months with up to 12 months in prison for each parole violation, or Parole for life if I receive a life prison term | WPD | A.L. |
| | h. _____ | | |
| 16. | I understand that the matter of probation and sentence is to be determined solely by the court | | A.L. |
| 17. | The sentencing Judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence | | A.L. |
| 18. | I understand and agree that the Judge who sentences me may be a different Judge than the one who accepted my plea | | A.L. |
| 19. | As long as the Judge sentences me according to the terms of this plea I will not be able to appeal this conviction or the sentence that I receive | | A.L. |
| 20. | I am entering this plea freely and voluntarily, without threat or fear to me or anyone closely related to me | | A.L. |
| 21. | a. I am pleading guilty ~~because I am in fact guilty~~ under People v. West. | | A.L. |
| | b. I understand that a plea of No Contest has the same consequences and will be treated by the Court the same as a plea of Guilty | | A.L. |

3

000048    155

Case No. ▓▓▓▓▓▓▓

22. I am of sound mind and am not now under the influence of alcohol, narcotics, drugs, or any other substance that would impair my judgment      A.L.

I declare under penalty of perjury under the laws of the State of California that I have read, understood and initialed each item above, and everything on this form is true and correct.

Dated: 6-26-00                              _____
                                             Defendant's Signature

### ATTORNEY'S STATEMENT

I am the attorney for the defendant in the case named above. I have personally read the declaration above, explained each item in it to the defendant, and observed the defendant initial each item and date and sign this declaration. I concur in the defendant's plea and in the waiver of constitutional rights and stipulate there is a factual basis.

Dated: 6-26-00                              William P. Doelly
                                             Attorney for Defendant

### INTERPRETER'S STATEMENT

Having been duly sworn, I served as the interpreter in this proceeding and correctly translated this document and each of the statements in it to the defendant in the _____ language. The defendant indicated that (s)he understood the contents of this document and then (s)he initialed and signed this document.

Dated: _____                      _____
                                             Court Interpreter

### PROSECUTOR'S STATEMENT

The People of the State of California concur and stipulate there is a factual basis for the plea(s)

Dated: 26 JUNE 2000                         _____
                                             Deputy District Attorney

### COURT'S FINDINGS

The Court, having reviewed this declaration and questioned the defendant in open court, finds that the defendant has voluntarily and intelligently waived his/her constitutional rights, that these pleas and admissions are freely and voluntarily made, and that the defendant understands the nature of the charges and the consequences of these pleas and admissions. The Court finds a factual basis for the pleas and admissions, accepts them and the defendant is hereby convicted on his/her plea(s).

Dated: _____                      _____
                                             Judge

```
 1  JOHN D PHILLIPS                           FILED
    District Attorney
 2  State Bar Membership No. 48474        00 JUN 22 AM 10: 15
    SAN JOAQUIN COUNTY
 3  By: DANIEL G BONNET                   JEANNE MILLSAPS, CLERK
    Deputy District Attorney
 4  222 E WEBER AV RM 202                 BY_____
    STOCKTON, CA 95202                           DEPUTY
 5
    Telephone: (209) 468-2400
 6
    Attorneys for Plaintiff
 7

 8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

 9

10                                            )  No ▮▮▮▮▮▮▮▮
    The People of the State of California,    )
11                                            )  DA Case: INF ▮▮▮▮▮▮
                              Plaintiff,      )
12                                            )
                     v.                       )  INFORMATION
13                                            )
    ALBERTO JACOBO LARA                       )
14    aka GUERO                               )
                                              )
15                                            )
                              Defendant(s).   )
16  -------------------------------------------

17  The said defendant(s) is/are accused by the District Attorney

18  of the County of SAN JOAQUIN of the State of California,

19  by this information, of the following crime(s):

20

21  PC   288(C)(1)        LEWD ACT UPON A CHILD
                          ---------------------
22  COUNT: 001, On or about JANUARY 1, 2000 the crime of LEWD ACT

23  UPON A CHILD, in violation of Section 288(c)(1) of the Penal

24  Code, a FELONY, was committed by ALBERTO JACOBO LARA, who at the

25  time and place last aforesaid did willfully and unlawfully and

26  lewdly commit a lewd and lascivious act upon and with the body

27  of "JOHN DOE #1", DOB: 01/06/86; DEF PUT MOUTH ON VICTIM'S PENIS

28  who was A 13 year old, with the intent of arousing, appealing
```

1.

```
 1  to, and gratifying the lust, passions and sexual desires of the
 2  defendant who was at least 10 years older than victim. NOTICE:
 3  Conviction of this offense will require you to register pursuant
 4  to Penal Code Section 290.  Willful failure to register is a
 5  crime.
 6
 7  PC   288(C)           LEWD ACTS UPON A CHILD
                          ----------------------
 8  COUNT: 002, for a further and separate cause of complaint, being
 9  a different offense from but connected in its commission with
10  the charge set forth in Count 001, complainant further complains
11  and says: On or about JANUARY 1, 2000 THROUGH FEBRUARY 29, 2000
12  the crime of LEWD ACT UPON A CHILD, in violation of Section
13  288(c) of the Penal Code, a FELONY, was committed by ALBERTO
14  JACOBO LARA, who at the time and place last aforesaid, did
15  willfully, unlawfully, and lewdly commit a lewd and lascivious
16  act upon and with the body and certain parts and members thereof
17  of "JOHN DOE #1, DEFENDANT PUT HIS PENIS ON VICTIM'S BUTT, date
18  of birth 01/06/86 a child fourteen or fifteen years, with the
19  intent of arousing, appealing to, and gratifying the lust,
20  passions, and sexual desires of the said defendant(s) and the
21  said child. It is further alleged that the above offense is a
22  serious FELONY within the meaning of Penal Code Section
23  1192.7(c)(6).
24
25  PC   288(A)           LEWD ACTS UPON A CHILD
                          ----------------------
26  COUNT: 003, for a further and separate cause of complaint, being
27  a different offense from but connected in its commission with
28  the charge set forth in Count 002, complainant further complains
```

158

000039

1  and says: On or about JANUARY 1, 2000 THROUGH FEBRUARY 29, 2000
2  the crime of LEWD ACT UPON A CHILD, in violation of Section
3  288(a) of the Penal Code, a FELONY, was committed by ALBERTO
4  JACOBO LARA, who at the time and place last aforesaid, did
5  willfully, unlawfully, and lewdly commit a lewd and lascivious
6  act upon and with the body and certain parts and members thereof
7  of "JOHN DOE #2" IN THE GARAGE, date of birth 05/30/88 a child
8  under the age of fourteen years, with the intent of arousing,
9  appealing to, and gratifying the lust, passions, and sexual
10 desires of the said defendant(s) and the said child.  It is
11 further alleged that the above offense is a serious FELONY
12 within the meaning of Penal Code Section 1192.7(c)(6). NOTICE:
13 Conviction of this offense will require you to register pursuant
14 to Penal Code Section 290.  Willful failure to register is a
15 crime.
16
17 Pursuant to Penal Code Section 1054.5(b), the People hereby
18 informally request that the defendant and his/her attorney
19 disclose to the People all information and materials described
20 in Penal Code Section 1054.3.
21 Dated: JUNE 20, 2000

                              JOHN D PHILLIPS
                              DISTRICT ATTORNEY

                              _____
                              DANIEL G BONNET
                              DEPUTY DISTRICT ATTORNEY

159

```
 1  JOHN D PHILLIPS
    District Attorney                              FILED
    State Bar Membership No. 48474
 2  SAN JOAQUIN COUNTY
 3  By: XAPURI B GUTIERREZ                         00 MAY -0    12:11
    Deputy District Attorney
 4  222 E WEBER AV RM 202
    STOCKTON, CA 95202
 5
                                                   Leticia Hinojosa
 6  Telephone: (209) 468-2400

 7  Attorneys for Plaintiff

 8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

 9

10                                              )  No ████████
    The People of the State of California,      )  SO Case
11                                              )  DA Case: COM ████████
                           Plaintiff,           )
12                                              )
                  v.                            )  COMPLAINT
13                                              )
    ALBERTO JACOBO LARA                         )
14       aka GUERO                              )
                                                )
                                                )
                           Defendant(s).        )
16  |-----------------------------------------|

17  I, the undersigned, say, on information and belief, that in

18  the County of SAN JOAQUIN, State of California:

19

20  PC  288(C)        LEWD ACTS UPON A CHILD

21  COUNT: 001, On or about JANUARY 1, 2000 THROUGH FEBRUARY 29,

22  2000 the crime of LEWD ACT UPON A CHILD, in violation of Section

23  288(c) of the Penal Code, a FELONY, was committed by ALBERTO

24  JACOBO LARA, who at the time and place last aforesaid, did

25  willfully, unlawfully, and lewdly commit a lewd and lascivious

26  act upon and with the body and certain parts and members thereof

27  of "JOHN DOE", IN THE BATHROOM DEF PUT HIS MOUTH ON, date of

    birth 01/06/86 a child fourteen or fifteen years, with the
```

```
 1  intent of arousing, appealing to, and gratifying the lust,
 2  passions, and sexual desires of the said defendant(s) and the
 3  said child. It is further alleged that the above offense is a
 4  serious FELONY within the meaning of Penal Code Section
 5  1192.7(c)(6).
 6
 7  PC  288(C)            LEWD ACTS UPON A CHILD
                          ----------------------
 8  COUNT: 002, for a further and separate cause of complaint, being
 9  a different offense from but connected in its commission with
10  the charge set forth in Count 001, complainant further complains
11  and says: On or about JANUARY 1, 2000 THROUGH FEBRUARY 29, 2000
12  the crime of LEWD ACT UPON A CHILD, in violation of Section
13  288(c) of the Penal Code, a FELONY, was committed by ALBERTO
14  JACOBO LARA, who at the time and place last aforesaid, did
15  willfully, unlawfully, and lewdly commit a lewd and lascivious
16  act upon and with the body and certain parts and members thereof
17  of "JOHN DOE", IN THE BATHROOM DEF PUT HIS PENIS ON VC BUTT,
18  date of birth 01/06/86 a child fourteen or fifteen years, with
19  the intent of arousing, appealing to, and gratifying the lust,
20  passions, and sexual desires of the said defendant(s) and the
21  said child. It is further alleged that the above offense is a
22  serious FELONY within the meaning of Penal Code Section
23  1192.7(c)(6).
24
25  PC  288(A)            LEWD ACTS UPON A CHILD
                          ----------------------
26  COUNT: 003, for a further and separate cause of complaint, being
27  a different offense from but connected in its commission with
28  the charge set forth in Count 002, complainant further complains
```

```
 1  and says: On or about JANUARY 1, 2000 THROUGH FEBRUARY 29, 2000
 2  the crime of LEWD ACT UPON A CHILD, in violation of Section
 3  288(a) of the Penal Code, a FELONY, was committed by ALBERTO
 4  JACOBO LARA, who at the time and place last aforesaid, did
 5  willfully, unlawfully, and lewdly commit a lewd and lascivious
 6  act upon and with the body and certain parts and members thereof
 7  of "JOHN DOE", IN THE GARAGE, date of birth 05/30/88 a child
 8  under the age of fourteen years, with the intent of arousing,
 9  appealing to, and gratifying the lust, passions, and sexual
10  desires of the said defendant(s) and the said child.  It is
11  further alleged that the above offense is a serious FELONY
12  within the meaning of Penal Code Section 1192.7(c)(6). NOTICE:
13  Conviction of this offense will require you to register pursuant
14  to Penal Code Section 290. Willful failure to register is a
15  crime.
16
17  If the above-named defendant(s) is/are presently on probation in
18  San Joaquin County, any evidence presented at a preliminary
19  hearing in the instant case will be used not only as a basis for
20  a holding order in this case but also as evidence of a violation
21  of probation and, at any formal hearing on that violation of
22  probation, the People will move the transcript of the preliminary
23  hearing into evidence as a basis for the violation.
24
25
26
27
28
```

```
 1  Pursuant to Penal Code Section 1054.5(b), the People hereby
 2  informally request that the defendant and his/her attorney
 3  disclose to the People all information and materials described
 4  in Penal Code Section 1054.3.
 5
 6  I declare under penalty of perjury that the foregoing is
 7  true and correct except for those things stated on information
 8  and belief and those I believe to be true.
 9
10  Executed on 05/03/00, at STOCKTON, California.
11                                          _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

4.

163

000004