EXHIBIT 3

CERTIFIED COPY



AD HOC REPORTING

The Chamber Building
110 West C Street
Suite 807
San Diego, CA
92101

619 236-9325

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
EL CENTRO, CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | File No. A92 687 682 |
| Petitioner, | El Centro, California |
| vs. | Wednesday, April 23, 2003 |
| ALBERTO LARA JACOBO, | |
| Respondent. | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DENNIS R. JAMES
UNITED STATES IMMIGRATION JUDGE

Transcription Service:   Peggy Schuerger
                         Ad Hoc Reporting
                         110 West C Street, Suite 807
                         San Diego, California  92101
                         (619) 236-9325

```
 1                UNITED STATES DEPARTMENT OF JUSTICE
                EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
 2                  OFFICE OF THE IMMIGRATION JUDGE
                         EL CENTRO, CALIFORNIA
 3

 4

 5   UNITED STATES OF AMERICA,    )  File No. A92 687 682
                                  )
 6          Petitioner,            )  El Centro, California
                                  )  Wednesday, April 23, 2003
 7      vs.                        )
                                  )
 8   ALBERTO LARA JACOBO,          )
                                  )
 9          Respondent.             )
     _____)
10

11                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE DENNIS R. JAMES
12                UNITED STATES IMMIGRATION JUDGE

13

14   APPEARANCES:

15   For Petitioner:            CARLOS CANTU, Sector Counsel
                                U.S. Dept. of Homeland Security
16                              Customs and Border Protection
                                2411 Boswell Road
17                              Chula Vista, CA  91914
                                (619) 216-4025
18

19   For Respondent:            M. YEHLEN BROOKS, ESQ.
                                (Telephonically)
20

21   Transcription Service:     Peggy Schuerger
                                Ad Hoc Reporting
22                              110 West C Street, Suite 807
                                San Diego, California 92101
23                              (619) 236-9325

24

25   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
```

**Ad Hoc Reporting**

2

1    EL CENTRO, CALIFORNIA - WEDNESDAY, APRIL 23, 2003
2                           --oOo--
3           IMMIGRATION JUDGE JAMES: This is Immigration Judge
4    Dennis R. James. Today is April 23rd, 2003. Sir, do you
5    need an interpreter?
6           MR. LARA: No, sir.
7           IMMIGRATION JUDGE JAMES: The Court's sitting in El
8    Centro, California and I'm calling the matter of Mr. Alberto
9    Lara Jacobo, 92 687 682. He is present in court today, has
10   indicated to the Court that he wishes to proceed in the
11   English language.
12          Appearing telephonically is his attorney, M. Yehlen
13   Brooks. Can you hear us okay, ma'am?
14          MS. BROOKS: Yes, I can, Your Honor.
15          IMMIGRATION JUDGE JAMES: The Department is
16   represented by their attorney, Mr. Carlos Cantu.
17          This matter is on calendar today for purposes of
18   pleading, filing any applications for relief. Mr. Lara, do
19   you wish to be represented by Attorney Yehlen?
20          MR. LARA: Yes, Your Honor.
21          IMMIGRATION JUDGE JAMES: Very well. Sir, I'm
22   going to have you stand and raise your right hand to be
23   placed under oath.
24          ALBERTO LARA JACOBO, RESPONDENT, SWORN
25          IMMIGRATION JUDGE JAMES: Very well. Be seated,

3

1  sir.  Is your true name Alberto Lara Jacobo?
2           MR. LARA:  Yes.
3           IMMIGRATION JUDGE JAMES:  And you do wish to have
4  Ms. Yehlen (sic) be your attorney?
5           MR. LARA:  Yes.
6           IMMIGRATION JUDGE JAMES:  Ma'am, at this time, do
7  you concede jurisdiction to the Court to proceed through
8  proper service of the charging document upon your client by
9  personal service and its subsequent filing with the Court?
10          MS. BROOKS:  Yes, Your Honor.
11          IMMIGRATION JUDGE JAMES:  And you waive further
12 advisal to your client regarding the nature and purpose of
13 the proceedings, the rights to which your client is entitled,
14 and further reading of the allegations in the charge?
15          MS. BROOKS:  So waived, Your Honor.
16          IMMIGRATION JUDGE JAMES:  And are you prepared to
17 enter a plea today to Allegations 4 through 8 and the two
18 grounds of removal?
19          MS. BROOKS:  Yes, Your Honor.
20          IMMIGRATION JUDGE JAMES:  How do you plead to
21 Allegation Number 4?
22          MS. BROOKS:  We admit, Your Honor.
23          IMMIGRATION JUDGE JAMES:  Allegation Number 5?
24          MS. BROOKS:  Admit.
25          IMMIGRATION JUDGE JAMES:  Allegation Number 6?

```
 1            MS. BROOKS:  Admit.
 2            IMMIGRATION JUDGE JAMES:  Allegation Number 7?
 3            MS. BROOKS:  We deny that, Your Honor, as a legally
 4  invalid conviction.
 5            IMMIGRATION JUDGE JAMES:  And it's not a valid
 6  conviction for Immigration Court purposes?
 7            MS. BROOKS:  No, Your Honor.  It's not a legally
 8  valid conviction per se.  The criminal defense attorney has
 9  filed a motion to vacate based on U.S. v. Day (ph).  The
10  former criminal defense attorney failed to advise Defendant
11  of the elements and defenses to the crime.
12            IMMIGRATION JUDGE JAMES:  Okay.  Is it a valid
13  conviction for Immigration Court purposes today?
14            MS. BROOKS:  Well, I will deny that, Your Honor.
15            IMMIGRATION JUDGE JAMES:  Okay.  I'll enter a
16  denial on the two grounds of deportability.
17            What country would you wish to designate for
18  removal should that become necessary?
19            MS. BROOKS:  Mexico, please.
20            IMMIGRATION JUDGE JAMES:  Any citizenship issues in
21  this case?
22            MS. BROOKS:  No, Your Honor.
23            IMMIGRATION JUDGE JAMES:  Any applications for
24  relief?
25            MS. BROOKS:  At this time, none, Your Honor, until
```

1  the criminal court has ruled upon the motion.  Then that will
2  be the only time that we would request for the proceedings to
3  terminate.  However, at this time, there is no application.
4          IMMIGRATION JUDGE JAMES:  Okay.  I'll consider that
5  you have pending an oral motion to terminate.  And I'll set
6  this matter for hearing on the merits.
7          This case will be heard on the merits Wednesday,
8  May 14th, 2003 at one o'clock.
9          MS. BROOKS:  Your Honor, I do have another hearing
10 at that time.
11         IMMIGRATION JUDGE JAMES:  Is that person detained?
12         MS. BROOKS:  It's actually a trial, Your Honor, a
13 federal illegal reentry case, 14th, 15th, and 16th.
14         IMMIGRATION JUDGE JAMES:  Is that person in
15 custody?
16         MS. BROOKS:  Yes, Your Honor.
17         IMMIGRATION JUDGE JAMES:  Okay.  Criminal
18 defendants that are in custody take priority over immigration
19 cases that are in custody.  June 3rd, 2003 at one o'clock.
20         MS. BROOKS:  That would be fine, Your Honor.
21         IMMIGRATION JUDGE JAMES:  Very well.  I'll order
22 pre-hearing submissions by both parties for any documents
23 that you wish to offer must be submitted to the Court, proof
24 of service on the opposing party by the close of business May
25 23rd.

```
                                                                    6

 1          Anything further today?
 2          MS. BROOKS:  Your Honor, are you going to require
 3  me to appear personally?
 4          IMMIGRATION JUDGE JAMES:  Absolutely.
 5          MS. BROOKS:  Okay.  Nothing from us, Your Honor.
 6          MR. CANTU:  Nothing further, Your Honor.
 7          IMMIGRATION JUDGE JAMES:  Okay.  Okay, sir.  June
 8  3rd, 2003 at one o'clock.  Thank you.
 9          MS. BROOKS:  Thank you.
10      (Proceedings adjourned.)
11

12                          CERTIFICATE
13          I certify, under penalty of perjury, that the
14  foregoing is a verbatim transcription prepared from the
15  electronic sound recording provided to me from the
16  proceedings in the above-entitled matter, and is a true and
17  accurate transcript of said proceedings to the best of my
18  ability and belief.
19
20  _____              MAY 19 2008
    Peggy Schuerger, Transcriber           Date
21
```

*Ad Hoc Reporting*