EXHIBIT 6

Case 3:08-cr-00443-WQH   Document 20-7   Filed 05/29/2008   Page 1 of 6

U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5201 Leesburg Pike, Suite 1300
Falls Church, Virginia 22041

Brooks, M. Yehlen, Esquire
3031 West March Lane
Suite 217 West
Stockton, CA 95219-6560

US INS-District Counsel/IMP
1115 N. Imperial Ave.
El Centro, CA 92243

Name: LARA-JACOBO, ALBERTO                    A92-687-682

Date of this notice: 12/31/2003

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Jeffrey Fratter
Chief Clerk

Enclosure

Panel Members:
    MOSCATO, ANTHONY C.

U.S. Department of Justice  
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:  A92-687-682 - IMPERIAL

Date: DEC 3 1 2003

In re:  LARA-JACOBO, ALBERTO

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Brooks, M. Yehlen, Esquire

ORDER:

PER CURIAM.  This Board has been advised that the respondent's appeal has been withdrawn. *See* 8 C.F.R. § 1003.4.  Since there is nothing now pending before this Board, the record is returned to the Immigration Court without further action.

_____
FOR THE BOARD

Lara Jacobo Alberto
A# 92-687-682.  AS
BICE Detention Facility
1115 North Imperial Ave
El Centro, California 92243

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS
FALLS CHURCH, VA

| | |
|---|---|
| A File No. 92-687-682 | DATE: DECEMBER 15, 2003 |
| IIN THE MATTER OF: | WITHDRAWAL OF APPEAL |
| LARA JACOBO ALBERTO | IN SERVICE CUSTODY |
| Respondent. | |

I, Alberto Jacobo Lara, hereby withdraw my appeal of the Immigration Judge's decision to remove me from the United States. I give up my right to appeal my case to the Board of Immigration Appeals, and I request to be returned to Mexico as soon as possible.

I understand that the Immigration Judge's decision to remove me shall be final to the It extends as though no Appeal had been taken.

Date: December 15, 2003

Respectfully Submitted,

Alberto Jacobo Lara

In Pro Se

1

## PROOF OF SERVICE

I, ALVERTO JACOBO LARA, declare that on December 15, 2003, I have served a copy of the attached:

**WITHDRAWAL OF APPEAL IN SERVICE CUSTODY**

By placing a true and correct copy in a sealed envelope with postage and depositing it in the U.S Mail box at B.I..C.E. Detention Facility, El Centro, California 92243, addressed to the opposing party as follow:

JOHN J.YAP
ASSISTANT CHIEF COUNSEL
DHS BICE, OFFICE OF THE
CHIEF COUNSEL,
1115 N. IMPERIAL Ave
EL CENTRO, California 92243

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 15th day of December 2003, at El Centro, California 92243.



## IMMIGRATION LAW OFFICE
## of M. Yehlen Brooks

# ~FAX TRANSMISSION~

**To:** Eloy Detation Center  
**Date:** 1-9-04  
**Pages:** 3 including this cover sheet.

**Fax#:** 760-  
**Tel#:**

**From:**  
**Fax#:** (209) 475-9061  
**Tel.#:** (209) 475-9060

**Subject:** LARA-Jacobo, Alberto

### CONFIDENTIALITY STATEMENT

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the agent of or the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact us at (209)475-9060 to arrange for the return of the transmitted documents at our expense.

Thank you.

**COMMENTS:**

____ The original will follow via
  ____ regular mail       ____ Federal Express
  ____ certified return receipt    ____ personal delivery
  ____ other:

____ The original will not follow

**Fax Operator:** Rose M. Ramos

**NOTES:**

Please accept this Fax as proof of appeal to withdraw as per Boards decision for Mr. Alberto Jacobo Lara

Thank you
209-475-9060

3031 W. March Lane • Suite 217W • Stockton, CA • 95219-6560  Telephone: (209) 475-9060 • Facsimile: (209) 475-9061
Email: contact@yehlenbrooks.com • Website: www.yehlenbrooks.com

Practice in California is limited to Immigration & Nationality law. Ms. Brooks is admitted to the U.S. Dist. Ct., 9th Cir. for Northern California and the Dist. of Kansas; the U.S. Court of Appeals for the 9th Cir.; licensed in the state of Kansas only.