# EXHIBIT 7

U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**Warrant of Removal / Deportation**

File No.: A 92 687 682

Date: January 09, 2004

To any officer of the Immigration and Naturalization Service:

**LARA-JACOBO, ALBERTO**
(Full name of alien)

who entered the United States at **LOS ANGELES, CA** on **03/12/1990**
(Place of entry) (Date)

is subject to removal / deportation from the United States, based upon a final order by:

☑ an immigration judge in exclusion, deportation, or removal proceedings

☐ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Appropriation, "Salaries and Expenses" Immigration and Naturalization Service, including the expense of an attendant, if necessary.

(Signature of authorized INS official)

Ronald J. Smith  Field Director, San Diego, CA
(Title of INS official)

January 09, 2004    El Centro, Ca.
(Date and office location)

Form I-205 (Rev. 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

**LARA-JACOBO, ALBERTO**

Port, date, and manner of removal: Calexico, Ca. 1-9-04, afoot



Photograph of alien removed



Right index fingerprint of alien removed

X _____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking fingerprint)
CHACON GDY R

Departure witnessed by: _____
(Signature and title of INS official)
Sandoval  IEA 918 / C. A 76  ISA

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self - removal (self - deportation), pursuant to 8 CFR 241.7, check here. ☐

**Departure Verified by:** _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N