

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ALBERTO JACOBO LARA (1),<br><br>                Defendant. | CASE NO. 08CR0443-WQH<br><br>WAIVER OF TRIAL BY JURY<br>AND<br>WAIVER OF SPECIAL FINDINGS OF FACT |

    The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him/her in this case without a jury.

    The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

_6-2_____, 20_08_____        _____
                                                                                       Defendant

    The undersigned attorney represents that prior to the signing of the foregoing waiver, the above-named defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his/her opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

_6/2_____, 20_08_____        _____
                                                              Attorney for Defendant

    The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

_6-2_____, 20_08_____        United States Attorney

                                              By_____
                                                   Assistant U.S. Attorney

APPROVED: _6-2____, 20_08_____    _____
                                                     UNITED STATES DISTRICT JUDGE