MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                           VS           ALBERTO JACOBO LARA (1)

X  Plaintiff    X  Defendant    ___ Court    Type of Hearing: SUPPRESSION HEARING

Case Number: 08CR0443-WQH

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| Govt 1 | June 2, 2008 | June 3, 2008 | REPORT OF AGENT SABLAN |
| Deft A | June 3, 2008 | June 3, 2008 | DETAINER |
| Govt 2 | June 3, 2008 | June 3, 2008 | MIRANDA RIGHTS |
| Deft B | June 3, 2008 | | REPORT OF AGENT PRYOR |

K:\COMMON\CRT_CLRK\HAYES\_08cr0443jointexhibit.wpd