MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                    VS            ALBERTO JACOBO LARA (1)

Plaintiff    X  Defendant    Court    Type of Hearing: BENCH TRIAL

Case Number: 08CR0443-WQH

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| B | June 3, 2008 | | MEMORANDUM OF CREATION OF LAWFUL PERMANENT RESIDENT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |