<u>**WITNESS AND EXHIBIT LIST**</u> **on behalf of: UNITED STATES**

Case No. 08CR0443-WQH, <u>United States v. Alberto Jacobo Lara</u>

**POTENTIAL WITNESSES**
    California Highway Patrol Officer Rick Sablan
    California Highway Patrol Inspector Hank Moreno
    California Highway Patrol Inspector Kelly Pickrell
    Immigration and Customs Enforcement Agent Jeffrey Pryor
    Immigration and Customs Enforcement Agent Jose Gonzalez
    Immigration and Customs Enforcement Agent Ted Dekreek
    Customs and Border Protection Officer Michael Pederson
    Immigration and Customs Enforcement Attorney Carlos Cantu
    Immigration and Customs Enforcement Agent Roman Sandoval
    Lisa Dimeo, Fingerprint Analyst

**Exhibits**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| JUN 0 3 2008 | JUN 0 3 2008 | 1 | Officer Sablan | California map showing distance from international border to CHP checkpoint |
| JUN 0 3 2008 | JUN 0 3 2008 | 2 | Officer Sablan | Photograph of CHP checkpoint approach (southbound) |
| JUN 0 3 2008 | JUN 0 3 2008 | 3 | Officer Sablan | Photo of CHP checkpoint southbound inspection lanes |
| JUN 0 3 2008 | JUN 0 3 2008 | 4 | Officer Sablan | Photo of CHP secondary vehicle/occupant inspection area |
| JUN 0 3 2008 | JUN 0 3 2008 | 5 | Officer Sablan | Photo of Lara's truck, front view |
| JUN 0 3 2008 | JUN 0 3 2008 | 6 | Officer Sablan | Photo of Lara's truck, side view |
| JUN 0 3 2008 | JUN 0 3 2008 | 7 | Officer Sablan | Photo of Lara's truck, side angle |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| JUN 0 3 2008 | JUN 0 3 2008 | 8 | Inspector Pickrell | Log book from Lara's truck & bills of lading |
| JUN 0 3 2008 | JUN 0 3 2008 | 9 | Agent Gonzalez | Notice to Appear for immigration proceedings, dated March 12, 2003 |
| JUN 0 3 2008 | JUN 0 3 2008 | 10 | Agent Gonzalez | Immigration Judge's deportation/ removal order, dated September 9, 2003 |
| JUN 0 3 2008 | JUN 0 3 2008 | 11 | Agent Gonzalez | Warrant of Removal for Lara, dated January 9, 2004 |
| JUN 0 3 2008 | JUN 0 3 2008 | 12 | Agent Gonzalez | Warnings to Alien Ordered Removed, dated January 9, 2004 |
| JUN 0 3 2008 | JUN 0 3 2008 | 13 | Agent Gonzalez | Certificate of Non-Existence of Record showing consent to re-enter the United States |
| ~~JUN 0 3 2008~~ | JUN 0 3 2008 | 14 _Withdrawn_ | Agent Gonzalez | Birth certificate of Alberto Jacobo Lara, along with English translation |
| JUN 0 3 2008 | JUN 0 3 2008 | 15 | Agent Pryor | Immigration hearing tapes & certificate of authenticity |
| JUN 0 3 2008 | JUN 0 3 2008 | 16 | Lisa Dimeo | Fingerprint exemplar card, taken May 22, 2008 |
|  | JUN 0 3 2008 | 17 | Lisa Dimeo | REPORT OF LISA DIMEO, FINGERPRINT ANALYST |
|  |  | 18 |  | Certified conviction documents from Lara's 2000 felony convictions. |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | NO. | WITNESS | |
| | | | | |
| | | | | |
| | JUN 0 3 2008 | 20 | T. DeKreek | Prisoner Remand |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |