1 **SYLVIA BAIZ**
California State Bar No. 124367
2 964 Fifth Avenue, Suite 214
San Diego, California 92101
3 Telephone: (619) 544-1410
Facsimile: (619) 544-1473
4
Attorney for Defendant **Lara**
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8                      (**HON. WILLIAM Q. HAYES**)
9
10 **UNITED STATES OF AMERICA**,  ) Criminal No. **08-CR-0443-WQH**
                                  )
11        Plaintiff,               )  Date: September 2, 2008
                                  )  Time: 9:00 a.m.
12 v.                              )
                                  ) **MOTION TO SHORTEN TIME**
13                                 ) **TO FILE DEFENDANT'S**
    **ALBERTO JACOBO LARA**,       ) **SENTENCING MEMORANDUM**
14                                 )
        Defendant.                 )
15 _____ )

16
        The defendant, Alberto Jacobo Lara, by and through his counsel, Sylvia Baiz, hereby moves
17
this Court for an order shortening time to file his sentencing memorandum to four (5)days. This
18
motion is made because of counsel was unable to file his sentencing memorandum on August 19,
19
2008 due to a conflict in timing with a trial in case no. 08-cr-3405-W.  I served the government with
20
a copy of defendant's sentencing memorandum. Attached is counsel's declaration in support of the
21
instant motions.
22
                                Respectfully submitted,
23
                                /s/ Sylvia Baiz
24 Dated: August  27, 2008        **SYLVIA BAIZ**
                                Attorney for Defendant **Lara**
25
26
27
28