UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Criminal No. **08-CR-0443-WQH** |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION** |
| **ALBERTO JACOBO LARA,** | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Sylvia Baiz, declare:

 1.  I was appointed to represent the defendant in the above-captioned case pending before the Court;

 2. This declaration is made in support of Mr. Lara's motion to shorten time to file his sentencing memorandum.

 3.  Mr. Lara is scheduled to be sentenced on September 2, 2008 and although his sentencing memorandum was due last Tuesday, August 19, 2008, I was unable to prepare and file it due to the trial and trial preparation in case no. 08-cr-3405.

 4. For these reasons, I was unable to complete the instant sentencing memorandum until today and respectfully request that the court grant the instant motion to shorten time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: August 27, 2008

/s/ Sylvia Baiz
_____
Sylvia Baiz