UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>**ALBERTO JACOBO LARA,**<br><br>      Defendant. | Criminal No. 08-CR-0443-WQH<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, SYLVIA BAIZ, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the **MOTION TO SHORTEN TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge William Q. Hayes efile_Hayes@casd.uscourts.gov.

Assistant United States Attorney Christina McCall@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2008.

                                                  /s/   Sylvia Baz
                                                SYLVIA BAIZ