1  KAREN P. HEWITT
   United States Attorney
2  CHRISTINA M. McCALL
   Assistant U.S. Attorney
3  California State Bar No. 234139
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California  92101-8800
5  Telephone:  (619) 557-6760

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,     )   Case No. 08CR0443-WQH
11                               )
              Plaintiff,         )
12                               )   M O T I O N    T O    S E A L
                                 )
13     v.                        )
                                 )
14 ALBERTO JACOBO LARA           )
                                 )
15

16     Plaintiff, UNITED STATES OF AMERICA, by and through its
17 counsel, Karen P. Hewitt, United States Attorney, and Christina M.
18 McCall, Assistant United States Attorney, hereby moves this Court
19 to seal the sentencing memorandum and its exhibits to protect the
20 integrity of an on-going investigation, and to prevent defense
21 counsel from releasing a copy of the sentencing memorandum to
22 anyone other than the defendant.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    CHRISTINA M. McCALL
                                    Assistant U.S. Attorney

FILED
2008 AUG 29 PM 2:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY