KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant U.S. Attorney
California State Bar No. 234139
United States Courthouse
880 Front Street, Room 6293
San Diego, California  92101-8800
Telephone:  (619) 557-6760

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0443-WQH |
| ) | |
| Plaintiff, ) | |
| ) | SEALING ORDER |
| v. ) | |
| ) | |
| ALBERTO JACOBO LARA ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the United States' sentencing memorandum and attached exhibits in case No. 08CR0443-WQH be  ordered sealed, and defense counsel is not to release the sentencing memorandum to anyone other than Defendant.

_8/29/08_____
DATED

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge